**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

November 8, 2024

**BY ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/12/2024

**Re:   United States v. Luis Bonilla**
       **24 CR 35 (MKV)**

Dear Judge Vyskocil:

   I write on behalf of all parties to provide a status update in this matter, which is currently scheduled for a conference on November 14, 2024.

   As the Court is aware, this matter is a Violation of Supervised Release that tracks allegations that are being litigated in state court. The state court case remains pending and is currently scheduled for trial on November 12, 2024.[1] Based on my conversations with Mr. Bonilla's state defense attorney, I understand there is unlikely to be a trial that day, as the state's witnesses have expressed an interest not to proceed with the case. The state attorney expects that the matter will be adjourned to determine whether it will be dismissed pursuant to N.Y.C.P.L. § 30.30 (New York state's speedy trial statute).

   In light of this, the parties respectfully request that the Court adjourn this matter to January 2025 (after January 7, given defense counsel's availability) to await resolution of the state matter.

---

[1] I understand from Mr. Bonilla's state defense attorney that this appearance will be administratively adjourned to November 19, 2024.

        Respectfully submitted,

        */s/ Hannah McCrea*
        Hannah McCrea
        Assistant Federal Defender
        (212) 417-8724

cc:    AUSA Benjamin Burkett

---

The parties must file a status letter by 12:00 p.m. tomorrow, November 13, 2024, informing the Court of what occurred in the state court proceedings on November 12, 2024.

Date: Nov. 12, 2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge