U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 22, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2025
```

**BY ECF**
The Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:  *United States v. Luis Bonilla*, 24 Cr. 35 (MKV)

Dear Judge Vyskocil:

The parties write jointly with a status report in the above-referenced matter and in advance of the conference scheduled for January 27, 2025.

As the Court is aware and as set forth in the parties' prior submissions, the instant violation-of-supervised-release proceedings concern alleged conduct that also has been the subject of concurrent state court proceedings. Yesterday, the charges in the defendant's state case were dismissed upon the motion of the prosecutor responsible for that case.

The parties have conferred regarding how to proceed in the instant supervised-release case in light of the state case's dismissal. The Government has requested that the prosecutor responsible for the state case provide the undersigned Assistant United States Attorney with relevant discovery materials so that the parties can assess that discovery in determining how to proceed. The Government has not yet received any materials from the state prosecutor but expects to receive such materials in the near future. Accordingly, the parties request that the status conference scheduled for January 27, 2025, be adjourned by two weeks, by which time the Government hopes to have obtained the relevant discovery materials.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
Benjamin M. Burkett
Assistant United States Attorney
(212) 637-2455

The conference is ADJOURNED to February 24, 2025 at 11:00 a.m. The parties shall file a joint status letter one week before the conference.

Date: Jan. 23, 2025
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

cc:  Hannah McCrea, Esq.