UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　-v-<br><br>LUIS BONILLA,<br>　　　　　　　　　Defendant. | 24-cr-35 (MKV)<br><br>ORDER |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/19/2025

MARY KAY VYSKOCIL, United States District Judge:

　　IT IS HEREBY ORDERED that the parties shall file a joint status letter on March 27, 2025.

**SO ORDERED.**

**Dated: February 19, 2025**
　　**New York, NY**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　**United States District Judge**