UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

LUIS BONILLA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2025

24-cr-35 (MKV)

ORDER AMENDING CAPTION
AND
SCHEDULING SENTENCING

MARY KAY VYSKOCIL, United States District Judge:

      On May 5, 2022, the Court commenced a hearing regarding the parties' agreement to resolve the specifications of violation of supervised release ("VOSR") in this matter. At that proceeding, defense counsel informed the Court for the first time that Defendant's name is Bartolo Maldonado and not Luis Bonilla. According to the defense, Defendant was using the name Luis Bonilla (a real person) as an alias when he was arrested and prosecuted decades ago in the underlying narcotics conspiracy case for which he is on supervised release. In light of this information, as well as an issue regarding the potential penalty for the VOSR, the Court adjourned the May 5, 2025 proceeding. Thereafter, defense counsel filed a letter motion requesting that the caption of this case, and the underlying Indictment, "be updated to the following to reflect Mr. Maldonado's legal name and alias: "*United States v. America v. Bartolo Maldonado a/k/a Luis Bonilla*" [ECF No. 47].

      On May 12, 2025, the Court reconvened and held the hearing on the parties' agreement to resolve the VOSR. All parties confirmed on the record at the outset of the hearing that Defendant is the person who was convicted and sentenced in the underlying narcotics conspiracy and who was charged with the specifications of violation of supervised release. For the reasons stated on the record at the hearing, Defendant's request with respect to amending caption and Indictment is DENIED in

part and GRANTED in part. The Court will amend the case caption to refer to the defendant as "Luis Bonilla *a/k/a* Bartolo Maldonado."

As the Court further stated on the record at the hearing, the parties shall appear for sentencing on July 9, 2025 at 1:30 p.m. Defendant's submission is due two weeks before the sentencing, and the government's submission is due one week before the sentencing.

The Clerk of Court respectfully is requested to amend the case information on ECF to reflect that the title of this matter is: "*United States v. Luis Bonilla* a/k/a *Bartolo Maldonado*."

**SO ORDERED.**

**Date: May 13, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**